# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SAFIDI CAUTHEN, JR., <br><br> Plaintiff, <br><br> vs. <br><br> IGNACIO RIVERA, et al., <br><br> Defendants. | 1:12cv01747 LJO DLB PC <br><br> ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS <br><br> TWENTY-ONE DAY DEADLINE |

Plaintiff David Safidi Cauthen, Jr. ("Plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 28 U.S.C. § 1983. Plaintiff filed this action on October 26, 2012.

On April 30, 2012, the Court issued Findings and Recommendations regarding dismissal of certain claims. The Court further found that Plaintiff stated the following claims: (1) excessive force in violation of the Eighth Amendment against Defendants Rivera, Negrete, Northcutt, Arreola, King and Waddle; (2) unreasonable search in violation of the Fourth and Eighth Amendments against Defendants Rivera, Negrete and Waddle; (3) deliberate indifference to a serious medical need in violation of the Eighth Amendment against Defendant Mackey; and (4) violation of the First Amendment and RLUIPA against Defendants Rivera, Negrete and Waddle.

Also on April 30, 2013, the Court sent Plaintiff service documents for completion and return to the Court. Plaintiff returned the documents on May 28, 2013, and the documents will be forwarded to the United States Marshal for service.

On May 24, 2013, Plaintiff filed a document indicating that he was having difficulties accessing the law library and referencing the Court's order to return service documents. Plaintiff has already returned the service documents and it does not appear that he requires additional time for that reason. To the extent that Plaintiff is requesting additional time to file objections to the Findings and Recommendations, his request is GRANTED. Plaintiff shall file objections within twenty-one (21) days of the date of service of this order.

IT IS SO ORDERED.

   Dated: __May 31, 2013__                /s/ *Dennis L. Beck*
                                          UNITED STATES MAGISTRATE JUDGE