1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16

| | |
|---|---|
| DAVID SAFIDI CAUTHEN, JR., | Case No. 1:12cv01747 LJO DLB (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR COURT ORDER AS MOOT |
| v. | (Document 26) |
| RIVERA et al., | |
| Defendants. | |

17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff David Safidi Cauthen, Jr. ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 26, 2012.  The action is proceeding on (1) excessive force in violation of the Eighth Amendment against Defendants Rivera, Negrete, Northcutt, Arreola, King and Waddle; (2) unreasonable search in violation of the Fourth and Eighth Amendments against Defendants Rivera, Negrete and Waddle; (3) deliberate indifference to a serious medical need in violation of the Eighth Amendment against Defendant Mackey; and (4) violation of the First Amendment and RLUIPA against Defendants Rivera, Negrete and Waddle.

On August 22, 2013, Defendants Arreola, Mackey, Negrete, Northcutt, Rivera and Waddle filed a motion to dismiss.  The motion is currently pending.

On September 26, 2013, Plaintiff filed a request that this Court order Warden Biter to locate and ship his personal property to his new place of incarceration.  Plaintiff had only recently been

1   transferred, and filed the request prior to receiving responses to his informal and formal appeals.

2   Plaintiff indicated that his legal property was necessary to allow him to file an opposition to

3   Defendants' Motion to Dismiss.

4           On October 3, 2013, Plaintiff filed his opposition and did not indicate that his legal property

5   had not been returned.  Accordingly, in light of the fact that Plaintiff has been able to file an

6   opposition on the merits and that his property has most likely been delivered, Plaintiff's motion is

7   DENIED AS MOOT.

8
    IT IS SO ORDERED.
9

10      Dated:   __October 31, 2013__              _____/s/ Dennis L. Beck_

11                                                 UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28