# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SAFIDI CAUTHEN, JR., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>RIVERA et al., <br><br>　　　　Defendants. | Case No. 1:12 cv 01747 LJO DLB (PC) <br><br> ORDER REQUIRING DEFENDANTS TO FILE STATUS REPORT REGARDING RETURN OF PLAINTIFF'S PROPERTY |

　　　　Plaintiff David Safidi Cauthen, Jr. ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 26, 2012. The action is proceeding on (1) excessive force in violation of the Eighth Amendment against Defendants Rivera, Negrete, Northcutt, Arreola, King and Waddle; (2) unreasonable search in violation of the Fourth and Eighth Amendments against Defendants Rivera, Negrete and Waddle; (3) deliberate indifference to a serious medical need in violation of the Eighth Amendment against Defendant Mackey; and (4) violation of the First Amendment and RLUIPA against Defendants Rivera, Negrete and Waddle.

　　　　On August 22, 2013, Defendants Arreola, Mackey, Negrete, Northcutt, Rivera and Waddle filed a motion to dismiss. The motion is currently pending.

　　　　On September 26, 2013, Plaintiff filed a request that this Court order Warden Biter to locate and ship his personal property to his new place of incarceration. Plaintiff had only recently been

1

transferred, and filed the request prior to receiving responses to his informal and formal appeals. Plaintiff indicated that his legal property was necessary to allow him to file an opposition to Defendants' Motion to Dismiss.

On October 3, 2013, Plaintiff filed his opposition and did not indicate that his legal property had not been returned. Therefore, the Court denied his motion as moot.

On November 18, 2013, Plaintiff filed a motion to reconsider the Court's October 3, 2013, ruling. Plaintiff states that as of November 14, 2013, he continues to be without his property. He also believes that his ability to file a proper opposition was prejudiced as a result.

Therefore, Defendants' counsel, as an officer of this Court, is ORDERED to contact Plaintiff's current and/or former place of incarceration to determine the status of his property. Counsel SHALL file a status report with this Court within fourteen (14) days of the date of service of this order.

IT IS SO ORDERED.

Dated:   **November 21, 2013**                              /s/ *Dennis L. Beck*
                                                                                  UNITED STATES MAGISTRATE JUDGE