1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

11

12

13

14

15

16

17

| | |
|---|---|
| DAVID SAFIDI CAUTHEN, | ) Case No.: 1:12cv01747 LJO DLB (PC) |
| | ) |
| Plaintiff, | ) |
| v. | ) ORDER DENYING PLAINTIFF'S |
| | ) MOTION REGARDING EVIDENCE |
| I. RIVERA, et al., | ) |
| | ) (Document 55) |
| Defendants. | ) |
| | ) |
| | ) |

18        Plaintiff David Safidi Cauthen ("Plaintiff") is a prisoner in the custody of the California

19   Department of Corrections and Rehabilitation ("CDCR").  Plaintiff is proceeding pro se in this civil

20   rights action pursuant to 42 U.S.C. § 1983.

21        Plaintiff filed this action on October 26, 2012.  On July 15, 2013, the Court ordered that the

22   action proceed on the following claims: (1) excessive force in violation of the Eighth Amendment

23   against Defendants Rivera, Negrete, Northcutt, Arreola, King and Waddle; (2) unreasonable search in

24   violation of the Fourth and Eighth Amendments against Defendants Rivera, Negrete and Waddle; (3)

25   deliberate indifference to a serious medical need in violation of the Eighth Amendment against

26   Defendant Mackey; and (4) violation of the First Amendment and RLUIPA against Defendants

27   Rivera, Negrete and Waddle.

28

1

1

2     The action is currently in discovery.

3         On May 19, 2014, Plaintiff filed a motion entitled, "Motion to Insure Safe Keepings of

4     Plaintiff's Evidence."  Plaintiff states that Defendants and others have been threatening to seize

5     evidence and legal documents related to this action. He requests that the Court store his evidence on

6     the docket so that it will be preserved.

7         Plaintiff's motion came with a stack of original exhibits.  The Court sent the exhibits back, as

8     the Court cannot serve as a repository for the parties' evidence.  Plaintiff's motion does not change

9     this rule.  The parties may not file evidence with the Court until the course of litigation brings the

10    evidence into question (eg., when a motion for summary judgment is filed).

11        Accordingly, Plaintiff's motion is DENIED.

12   IT IS SO ORDERED.

13   Dated:   **May 30, 2014**                    /s/ Dennis L. Beck

14                                          UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28