UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SAFIDI CAUTHEN, JR., | ) Case No.: 1:12cv01747 LJO DLB (PC) |
| Plaintiff, | ) ORDER REGARDING PLAINTIFF'S FAILURE |
| v. | ) TO OPPOSE DEFENDANTS' |
| | ) MOTION FOR SUMMARY JUDGMENT |
| RIVERA, et al., | ) |
| | ) TWENTY-ONE DAY DEADLINE |
| Defendants. | ) |

Plaintiff David Safidi Cauthen ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 13, 2014, Defendants filed a motion for summary judgment. The motion included the requirements for opposing summary judgment. However, Plaintiff has not filed an opposition.

///
///
///
///
///

1

This order serves to notify Plaintiff that if he does not file an opposition to the pending motion within twenty-one (21) days of the date of this order, it will be decided without his input.  Defendants may file a reply to Plaintiff's opposition, if any, within seven (7) days of the date of service.

IT IS SO ORDERED.

Dated:    **February 11, 2015**                                /s/ *Dennis L. Beck*
                                                                                   UNITED STATES MAGISTRATE JUDGE