1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10   DAVID SAFIDI CAUTHEN, JR.,                      Case No.  1:12-cv-01747-DLB (PC)

11                Plaintiff,                         ORDER GRANTING STIPULATION FOR
                                                     VOLUNTARY DISMISSAL AND
12         v.                                        DISMISSING DEFENDANT KING
                                                     WITH PREJUDICE
13   RIVERA, et al.,
                                                     (Document 82)
14                Defendants.

15   _____/

16         Plaintiff David Safidi Cauthen, Jr., a state prisoner proceeding pro se and in forma
17   pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 26, 2012.
18         On December 14, 2015, the parties filed a stipulation of voluntary dismissal of Defendant
19   King.  The stipulation is GRANTED and Defendant King is DISMISSED from this action WITH
20   PREJUDICE.  Fed. R. Civ. Proc. 41(a)(1)(A)(ii).  Each party shall bear their own litigation costs
21   and attorney fees.
22
23   IT IS SO ORDERED.
24
     Dated:    **December 15, 2015**                    _____ /s/ *Dennis L. Beck*
25                                                      UNITED STATES MAGISTRATE JUDGE
26
27
28