# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SAFIDI CAUTHEN, JR., | Case No. 1:12-cv-01747-DLB (PC) |
| Plaintiff, | ORDER GRANTING STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE |
| v. | |
| RIVERA, et al., | (Document 87) |
| Defendants. | |

Plaintiff David Safidi Cauthen, Jr., a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 26, 2012.

On February 3, 2016, Defendants Rivera, Mackey, Waddle, Negrete, Northcutt and Arreola filed a stipulation of voluntary dismissal of this action with prejudice, indicating that the parties have resolved this action in its entirety. The stipulation is GRANTED and this action is DISMISSED WITH PREJUDICE. Fed. R. Civ. Proc. 41(a)(1)(A)(ii).

Each party shall bear their own litigation costs and attorney fees.

IT IS SO ORDERED.

Dated: **February 4, 2016**         /s/ *Dennis L. Beck*
                                    UNITED STATES MAGISTRATE JUDGE